No. 15,618.

LEGERSKI v. HAZELWOOD ET AL.
(182 P. [2d] 145)

Decided June 23, 1947.

An action to recover balance of purchase price of cattle sold and delivered. Judgment for plaintiffs affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE STONE and MR. JUSTICE HAYS participating.

Mr. MERLE M. MARSHALL, for plaintiff in error.

Mr. JOHN H. GALBREATH, for defendants in error.